1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES CONSTANT,

     Plaintiff,

v.

SOUTHERN CALIFORNIA

EDISON CO.,

     Defendant.

Case No. 2:20-cv-06700-JFW-KES

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that the Complaint and this entire action is dismissed without leave to amend.

DATED:  October 27, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE